UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| WILLIAM PARKER,<br><br>Plaintiff,<br><br>v.<br><br>PATRICK LABAT, et al.,<br><br>Defendants. | CIVIL ACTION NO.<br>1:25-CV-03809-JPB |

**ORDER ADOPTING FINAL REPORT AND RECOMMENDATION**

This matter is before the Court on the Magistrate Judge's Final Report and Recommendation [Doc. 29]. No objections have been filed. This Court finds as follows:

Absent objection, a district judge has broad discretion to accept, reject or modify a magistrate judge's proposed findings and recommendations. United States v. Raddatz, 447 U.S. 667, 680 (1980). Because no objections have been filed, and in accordance with 28 U.S.C. § 636(b)(1) and Rule 72 of the Federal Rules of Civil Procedure, the Court has reviewed the Final Report and Recommendation for clear error and finds none.

Accordingly, the Court **APPROVES AND ADOPTS** the Final Report and Recommendation [Doc. 29] as the judgment of the Court. For the reasons stated in

the Magistrate Judge's Report and Recommendation, Defendants' Motion to Dismiss for Failure to State a Claim [Doc. 21] is **GRANTED** and Plaintiff's Amended Complaint [Doc. 18] is **DISMISSED**.[1]

**IT IS FURTHER ORDERED** that attorney E. Earle Burke is **SANCTIONED** under Federal Rule of Civil Procedure 11(b). Mr. Burke is **ORDERED** to attend a six-hour continuing legal education course on employment law or legal research and writing within six months of this Order and to submit proof of his attendance to the Court. For the next year, Mr. Burke is also required to submit a sworn statement with every document he files in this Court verifying that he has personally checked all citations and quotations in the filing to ensure accuracy.

**SO ORDERED** this 10th day of February, 2026.

**J. P. BOULEE**
United States District Judge

[1] Whether the claims in Plaintiff's Amended Complaint are dismissed with or without prejudice is in accordance with the Magistrate Judge's recommendations. [Doc. 29, p. 35].